1:25CV486

FILED
IN THIS OFFICE
JUN 1 1 2025
Clerk U.S. District Court
Greensboro NC
BY

Virgina

File Compliant - August 23  20    I arrive to
Farmville Piedmont Detention Jail      I was the
on a federal hold and I was Expose by yall
officals. So right now I wanna file a
motion for whats going on in their I feel
like the system was play with me threw
they speacial equitement is heard to explain
it. I sign no paperwork to be program so
right now I think I got a lawsuit for
being expose. I know I'm still incarcera
I know they violated my right I cant thin
straight cause I think I'm going mental
health. I Diffently expose so yall do yall
reserch why I was expose and me in court
So I wanna put this on Motion
I think my house in danger
Please and thank you  Christopher Penalo
                              0617Ce-S11
                              FCI Butner
                              Po box 1600
                              Butner - N-C
                              27509